156 A.3d 172

BRIAN KILLION, APPELLANT–PETITIONER, v. HAMMONTON POLICE DEPARTMENT (ATLANTIC), RESPONDENT–RESPONDENT.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001404–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.